10/13/15 Pg 1 of 9 Pg ID 150



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
JUDGE PAUL D. BORMAN
U.S. COURTHOUSE
231 WEST LAFAYETTE BLVD
DETROIT, MICHIGAN 48226

OFFICIAL BUSINESS

FILED
OCT 23 2015
CLERK'S OFFICE
DETROIT

Richard T Heit 317136
MACOMB COUNTY
P O
MT CLEMENS MI 48043


Return to Sender


Hasler
$00.705
Mailed From 4822
10/13/2015
US POSTAGE



RICT COURT
MICHIGAN
SION

Case No. 14-cv-11315

Paul D. Borman
United States District Judge

R. Steven Whalen
United States Magistrate Judge

F'S OBJECTIONS (ECF NO. 16); (2)
AND RECOMMENDATION (ECF NO.
ION TO DISMISS (ECF NO. 10)

Objections to Magistrate Judge R.

ommended dismissing Plaintiff's

the allegations were "implausible,

ort and Recommendation, at 9).

ort and recommendation to which

R. CIV. P. 72(b). Having conducted a

eport and Recommendation to which

636(b)(1), the Court will deny

ation and grant Defendant's motion to

D

set forth in detail in the Magistrate

ts them here. (ECF No. 13, 1-3). In